UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                              :
                                              :         ORDER OF REFERENCE
                                              :         TO A MAGISTRATE JUDGE
Plaintiff,    Melvin L. Coakley               :
                                              :         08 Civ. 6206  ( JSR  ) ( RLE )
      -v-                                     :
                                              :
                                              :
Defendant.    42nd PCT. Case 458, et al.      :
                                              :
                                              :
                                              :
                                              x
------------------------------------------------------------------

       The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

☒ General Pretrial (includes scheduling,          ☐ Consent under 28 U.S.C. §636(c) for all
   discovery, non-dispositive pretrial                purposes (including trial)
   motions, and settlement)
                                                   ☐ Consent under 28 U.S.C.§636(c) for limited
☐ Specific Non-Dispositive                            purpose (e.g., dispositive motion,
   Motion/Dispute:*                                   preliminary injunction)
   _____                        Purpose:_____

   _____                     ☐ Habeas Corpus

   _____                     ☐ Social Security

   If referral is for discovery disputes when      ☒ Dispositive Motion (i.e., motion requiring
   the District Judge is unavailable, the time        a Report and Recommendation)
   period of the referral:_____             Particular Motion:_____

☐ Settlement*                                         _____

☐ Inquest After Default/Damages Hearing            All such motions:  _____


*Do not check if already referred for general pretrial.

Dated   7/23/08

SO ORDERED:

United States District Judge