USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L. COAKLEY,

                Plaintiff,

        - against -

42ND PCT. CASE 458, et al.,

                Defendants.

**ORDER**

08 Civ. 6206 (JSR) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

By order dated February 27, 2009, the Court granted an extension of the briefing schedule for Defendants' dispositive motion. Pursuant to that order, *pro se* Plaintiff Melvin Coakley was required to respond by March 11, 2009. Coakley has failed to file a response or timely seek an extension to file a response.

Coakley is **ORDERED** to **SHOW CAUSE** by **April 17, 2009**, why the motion should not be granted. Failure to respond may result in the case being **DISMISSED** for failure to prosecute. If Coakley submits a response, any reply by Defendants will be due **TWO WEEKS** after Coakley's response is filed.

**SO ORDERED this 1st day of April 2009**
New York, New York

The Honorable Ronald L. Ellis
United States Magistrate Judge