UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MELVIN COAKLEY,                       :
                                      :
            Plaintiff,                :    08 Civ. 6206 (JSR)
                                      :
        -v-                           :         ORDER
                                      :
42ND PCT. CASE 458, ET AL.,           :
                                      :
            Defendants.               :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-28-09

    On August 21, 2009, the Honorable Ronald L. Ellis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant defendants' motion to dismiss all claims against them pursuant to Federal Rule of Civil Procedure 12(b)(6).

    Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, grants defendants' motion in its entirety. The Clerk of the Court is directed to close entry number 16 on the docket for this case.

    SO ORDERED.

                                            _____
                                            JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 27, 2009