**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 10/21/09

-----------------------------------------------------------X

MELVIN COAKLY,

Plaintiff,                                       08 **CIVIL** 6206 (JSR)

-against-                                        **JUDGMENT**

42ND PCT. CASE 458, ET AL.,

Defendants.

-----------------------------------------------------------X

Whereas on August 21, 2009, the Honorable Ronald L. Ellis, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending that the Court grant defendants' motion to dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on September 27, 2009, having rendered its Order adopting the report, and granting defendants' motion in its entirety, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2009, the report is adopted, and defendants' motion is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
October 21, 2009

**J. MICHAEL McMAHON**

**Clerk of Court**

BY: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____